UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GIOVANNI KURTZE,<br><br>   Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>   Defendants. | Case No. 2:18-cv-01642-RFB-NJK<br><br>ORDER |

According to the Clark County Detention Center ("CCDC") inmate database, Plaintiff is no longer incarcerated at CCDC. Plaintiff has not filed an updated address notification with the Court. The Court notes that, pursuant to Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." This notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

The Court will allow Plaintiff until **February 18, 2019**, to file his updated address with this Court. If Plaintiff fails to update the Court with his current address by February 18, 2019, the Court will dismiss this action without prejudice.

IT IS SO ORDERED.

DATED: January 17, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE